No. 10–8153. CASTRILLO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 10–8160. VILLA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–8163. STOREY v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 10–8171. LEVI v. DEPARTMENT OF LABOR ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8184. MURRAY v. GIL. Sup. Ct. Fla. Certiorari denied.

No. 10–8223. PASCUAL v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 10–8226. THIGPEN v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 10–8227. WHITESIDE v. PARRISH ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–8235. POLANCO v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–8237. MUNOZ-PADILLA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8239. AMRHEIN v. LA MADELEINE, INC. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–8245. BORRERO v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8249. SKANES v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8269. DAVENPORT v. FRAZIER, WARDEN. C. A. 11th Cir. Certiorari denied.